United States District Court
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7  LARON M. PRESTLEY, SR.,

8              Plaintiff,                    No. C 11-0311 PJH (PR)

9     vs.                                    **ORDER OF DISMISSAL**

10 KAMALA D. HARRIS, JOSEPH P.
   RUSSONELLO, and DEBRA
11 MADDEN,

12             Defendants.
                                    /
13

14      This is a civil rights case filed pro se by a state prisoner.  Mail that the clerk sent to

15 plaintiff at his last known address has been returned by the post office as undeliverable.

16 Plaintiff has not provided a current mailing address.

17      More than sixty days have passed since the mail was returned.  This case is

18 **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

19      **IT IS SO ORDERED.**

20 Dated: October 14, 2011.

                                    PHYLLIS J. HAMILTON
21                                  United States District Judge

22

23

24

25

26

27

28
   P:\PRO-SE\PJH\CR.11\PRESTLEY0311.DSM.wpd